UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3218 DMG (MRWx) | Date | August 21, 2015 |
|---|---|---|---|
| Title | Verragio Ltd v. Kim International | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: PROTECTIVE ORDER

The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 25.) The Court accepts and ENTERS the proposed order subject to the following:

1.   ¶ 14 – A party seeking to file material under seal with the Court due to the provisions of this protective order must submit an appropriate application pursuant to Local Rule of Court 79-5.1.

2.   ¶ 19 – Any challenge to a confidentiality designation must comply in full with the joint filing format described in Local Rule 37 for all discovery motions. The parties' agreement regarding the award of sanctions is superfluous, as the fee / expense award provisions of Rule 37 are adequate to address any issue of attorney misconduct.