# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIM INTERNATIONAL,<br><br>　　　　Defendant. | Case No.: CV 15-3218-DMG (MRWx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST KIM INTERNATIONAL [34]** |

Plaintiff Verragio, Ltd. ("Verragio"), and Defendant Kim International Manufacturing L.P. erroneously sued as Kim International ("Kim"), have entered into a confidential settlement agreement to resolve this matter. As part of this agreement, Verragio and Kim agree to the entry of this Consent Judgment and Permanent Injunction against Kim.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.　This case is a civil action arising under the Copyright Act, 17 U.S.C. §§ 101, *et seq*. This Court has jurisdiction over these claims under 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

2.　Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

3.　Verragio is a New York corporation with its principal place of business at 330 Fifth Avenue, 5th Floor, New York, NY 10001.

4. Kim has its principal place of business at 14840 Landmark Blvd., Dallas, TX 75254.

5. At all relevant times, Verragio complied in all respects with the Copyright Acts, 17 U.S.C. § 101 *et seq.*, and secured the exclusive rights and privileges in and to the copyrights of Insignia-7003 (VAu 996-688), Insignia-7047 (VA 1-798-116), and Venetian-5001R (VAu 1-049-916) (collectively the "Verragio Copyrights"). Copies of the Certificates of Registration from the Register of Copyrights for the Verragio Copyrights, as well as the deposit copies of the Verragio Copyrights, are attached to this Consent Judgment as Exhibit A.

6. The Verragio Copyrights are valid, strong and enforceable.

7. Kim and Kim's officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, legal entities or persons controlled by Kim, and all other persons who are in active concert or participation with them, are hereby permanently enjoined from:

    a. Copying or making unauthorized use of, or engaging in any unauthorized distribution of products protected by the Verragio Copyrights or rings that are substantially similar to the Verragio Copyrights;

    b. Selling, distributing, advertising, manufacturing or purchasing Kim Ring Style Nos. 115076, 115077, 115078, 115079, 115081, 115082, 115172, 115177, 115188, 115189, 116017, 117482, 117490, 117491, 117540, 117541, 117542, 117543, 117544, 117545, 117660, 117803, 117804, 117805, 118267, 118268, 118269, 118270 and 118271 (collectively, the "Kim Rings") or any rings substantially similar to the Kim Rings; and

    c. Knowingly assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 7(a) through 7(b) above.

8. Within thirty days of the date of this Order, Kim shall destroy all of the Kim Rings in its possession.

9. The parties waive notice of entry of this Consent Judgment and Permanent Injunction and the right to appeal therefrom or to test its validity and consent to its immediate entry in accordance with its terms.  This Court expressly retains jurisdiction over this matter to enforce, implement or construe this Consent Judgment and Permanent Injunction.

IT IS SO ORDERED.

DATED: April 18, 2016

                                               DOLLY M. GEE
                                               UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
**VAu 996-688**

Effective date of registration:

June 9, 2008

---

## Title

**Title of Work:** INS-7003
**Nature of Work:** Jewelry Design

## Completion/ Publication

**Year of Completion:** 2008

## Author

- **Author:** Barry Nisguretsky
  **Author Created:** Jewelry design

  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1966
  **Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Barry Nisguretsky
c/o Verragio, 132 W. 36th St, 8th Floor, New York, NY 10018

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Barry Nisguretsky
**Date:** June 12, 2008

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-798-116**

Effective date of registration:

January 3, 2012

---

## Title
**Title of Work:** INS-7047

## Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** January 4, 2010    **Nation of 1st Publication:** United States

## Author
- **Author:** Barry Nisguretsky
  **Author Created:** jewelry design
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Barry Nisguretsky
132 West 36th street, New York

## Certification
**Name:** Barry Nisguretsky
**Date:** January 3, 2012



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VAu 1-049-916**

**Effective date of registration:**

December 8, 2010

## Title
**Title of Work:** AFN-5001R

## Completion/Publication
**Year of Completion:** 2010

## Author
- **Author:** Barry Nisguretsky
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States    **Domiciled in:** United States
  **Year Born:** 1966

## Copyright claimant
**Copyright Claimant:** Barry Nisguretsky
132 west 36th street, 8th floor, new york, NY, 10018, United States

## Rights and Permissions
**Organization Name:** Verragio
**Name:** Barry Nisguretsky
**Email:** verragio@gmail.com    **Telephone:** 212-868-8181
**Address:** 132 west 36th street
8th floor
new york, NY 10018 United States

## Certification
**Name:** Barry NIsguretsky
**Date:** November 30, 2010

